# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

U.S. DISTRICT COURT
SAVANNAH DIV.

2012 OCT 29  AM 10: 40

CLERK _____
SO. DIST. OF GA.

ERIC LAVONNE SMALLS      )
                             )

v.                             )      Case No. CV412-125
                             )                CR409-431

UNITED STATES OF AMERICA   )

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 29 day of ___Oct___, 2012.

_____
B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA