IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. CR409-431 |
| | ) |
| ERIC LAVONNE SMALLS | ) |

ORDER

The above captioned case filed in the Savannah Division of this Court was previously assigned to the Honorable B. Avant Edenfield.

IT IS HEREBY ORDERED that this case is reassigned to the Honorable Lisa Godbey Wood for further plenary disposition.

SO ORDERED, this 26th day of July, 2017.

_____
J. Randal Hall
Chief United States District Judge
Southern District of Georgia